IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:03CR564** |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **EDGAR AGUILERA ESPINOSA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Defendant's motion to continue (Filing No. 83) is granted.

**IT IS ORDERED** that the Change of Plea hearing is continued to **July 1, 2005 at 3:15 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **June 20, 2005** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).  **No further continuances will be granted for this hearing.**

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 20th day of June, 2005.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge