UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:03CR564 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EDGAR AGUILERA ESPINOSA, | ) | |
| | ) | |
| Defendant. | ) | |

The government's motion to continue (Filing No. 91) is granted.

Defendant's motion to suppress (Filing No. 87) is scheduled for hearing before the undersigned magistrate judge at **9:00 a.m. on August 11, 2005**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Counsel are reminded of the requirements of NECrimR 12.5 which provides as follows:

**Disclosure of Evidence.**  This rule applies to all evidentiary hearings on pretrial motions in criminal cases.

  (a)  **Witnesses.**  At the time of the hearing, and to the extent reasonably possible, the parties shall submit to the judge and courtroom deputy a written list of all witnesses whom the parties expect to call.
  (b)  **Exhibits.**  At least twenty-four (24) hours before the hearing, each party shall mark the exhibits that party intends to introduce into evidence at the hearing, and provide a copy to counsel for all other parties and to the presiding judge.

Exhibits should be marked as follows: government's exhibits beginning at Number 1 and defense exhibits beginning at Number 101.

The defendant must be present for the hearing.

DATED this 29th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge
